ELECTRONICALLY FILED
Pulaski County Circuit Court
Terri Hollingsworth, Circuit/County Clerk
2022-Dec-12 11:47:39
60CV-22-8459
C06D17 : 2 Pages

# IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
## CIVIL DIVISION

PATRICIA SHAHA                                                    PLAINTIFF

VS.                          CASE NO.: 60CV-22-_____

OTIS ELEVATOR COMPANY                                    DEFENDANT

## COMPLAINT

**COMES NOW,** Plaintiff, Patricia Shaha, by and through her attorneys, Josh Q. Hurst and Justin B. Hurst, and brings this cause of action against Defendant, Otis Elevator Company, states and alleges as follows:

1. The Plaintiff is a resident of Hot Springs Village, Garland County, Arkansas.

2. The Defendant is a foreign for profit corporation in good standing with the Arkansas Secretary of State and can be served with service of process to its registered agent, C T Corporation System, 124 West Capitol Avenue, Suite 1900, Little Rock, Arkansas 72201

3. That all of the events described in Plaintiff's Complaint took place in Little Rock, Pulaski County, Arkansas.

4. That jurisdiction and venue are proper within this Court.

5. That on or about April 30, 2022, the Plaintiff was attending a conference inside the Marriott Hotel located at 3 Statehouse Plaza, Little Rock, Arkansas.

6. That after checking in to the Marriott Hotel the Plaintiff intended to take the elevator to her assigned room.

7. That as the Plaintiff was entering the elevator and doors immediately shut without warning striking her left arm.

8. That the doors shut with such force that it caused injury to the Plaintiff.

9. That the Defendant has a duty to maintain their elevator in a safe condition.

10. That the Defendant failed to maintain their elevator in such safe condition.

11. That due to the Defendant's negligence the Plaintiff suffered personal injury in the form of past medical bills, past pain and suffering, future medical bills, future pain and suffering, scarring and disfigurement, loss of earning capacity, and loss of income.

12. That the Plaintiff's damages were proximately caused by the negligence of the Defendant.

13. That the Plaintiff is seeking a judgment against the Defendant in an amount in excess of that required in diversity of citizenship cases in federal court.

14. The Plaintiff demands a trial by jury.

**WHEREFORE,** Plaintiff, Patricia Shaha, prays for a judgment against the Defendant in the sum and amount that the proof presented at the trial of this matter warrants. Plaintiff further prays for costs, attorney's fees to the extent permitted by law, and for other relief to which she may be entitled.

Respectfully submitted,
Patricia Shaha, **Plaintiff**

By: /s/ Josh Q. Hurst
    Josh Q. Hurst
    Arkansas Bar No. 2004016
    Justin B. Hurst
    Arkansas Bar No. 2005021
    Hurst Law Group
    518 Ouachita Avenue
    Hot Springs, Arkansas 71901
    (501) 623-2565
    (501) 623-9391 Facsimile