## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**PATRICIA SHAHA**                                                                                           **PLAINTIFF**

v.                               Case No. 4:23-cv-00038-KGB

**OTIS ELEVATOR COMPANY**                                                                     **DEFENDANT**

### ORDER

Before the Court is the motion by plaintiff Patricia Shaha to dismiss with prejudice (Dkt. No. 11). Ms. Shaha states that the parties have reached an agreement in this matter and requests that the case be dismissed with prejudice (*Id.*, ¶ 1). For good cause shown, pursuant to Federal Rule of Civil Procedure 41(a)(2), the Court grants Ms. Shaha's motion. The Court dismisses with prejudice Ms. Shaha's complaint (Dkt. No. 2).

It is so ordered this 5th day of February, 2024.

_____
Kristine G. Baker
Chief United States District Judge